# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re:

    James Okoh,                                    Case No.

                                                      Chapter 11

    Debtor.

_____/

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Fidelity Bank<br>Attn: Bankruptcy<br>3 Corporate Blvd., Suite 500<br>Brookhaven, GA 30329 | N/A | Car loan | N/A | $6,577.00<br><br>Secured value: $16,950.00 |
| TD Auto Finance<br>Attn: Bankruptcy Department<br>PO Box 9223<br>Farmington Hills, MI 48333 | N/A | Car loan | N/A | $42,365.00<br><br>Secured value: $32,150.00 |
| Wells Fargo Home Mortgage<br>Attn: Bankruptcy<br>Mac @2302-04e Pob 10335<br>Des Moines, IA 50306 | N/A | Mortgage | N/A | $243,428.00<br><br>Secured value: $439,313.00 |

| | | | | |
|---|---|---|---|---|
| Aes/mefa<br>Attn: Bankruptcy<br>PO Box 2461<br>Harrisburg, PA 17105 | N/A | Student Loan | N/A | $41,605.00 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | N/A | Credit card | N/A | $39,392.65 |
| BMW Bank of North America<br>Attn: Bankruptcy<br>PO Box 36098<br>Dublin, OH 43016 | N/A | Credit card | N/A | $3,619.00 |
| CBIZ MHM<br>1530 W Cleveland Street<br>Tampa, FL 33606 | N/A | Credit Card | N/A | $27,690.00 |
| Regions Bankcard<br>Attn: Bankruptcy<br>PO Box 830590<br>Birmingham, AL 35288 | N/A | Credit card | N/A | $10,622.00 |
| Synchrony/Ashley Furniture<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 | N/A | Credit card | N/A | $0.00 |
| Wells Fargo Bank<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328 | N/A | Credit card | N/A | $26,410.00 |
| Alex Bibbey<br>c/o Philip J. Gibbons, Esq.<br>14045 Ballantyne Corp. Place<br>Suite 325<br>Charlotte, NC 28277 | N/A | Unpaid Wages | N/A | Unknown |
| Satish Venkataperumal<br>c/o Darryl Richards, Esq.<br>401 E Jackson Street<br>Suite 3100<br>Tampa, FL 33602 | N/A | Unpaid Wages | N/A | Unknown |
| JP Morgan Chase Bank NA<br>c/o Edward O'Sheehan, Esq.<br>200 E Broward Blvd. Floor 21<br>Fort Lauderdale, FL 33301 | N/A | Personal Guaranty | Disputed; Subject to offset | 1,200,000.00 |

Debtor: James Okoh

By _____
James Okoh, Debtor

Respectfully submitted,

   /s/ Kristina E. Feher
KRISTINA E. FEHER
Florida Bar No.: 52082
FEHER LAW, P.L.L.C.
4437 Central Avenue
St. Petersburg, FL 33713
Telephone: (888) 814-3387
Facsimile: (727) 359-0368
kfeher@feherlaw.com
Counsel to the Debtor