**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**

    **JAMES OKOH**      **CASE NO. 8:19-BK-09692-CPM**
        **CHAPTER 11**

    **Debtor.**

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of EVANS PETREE PC, will represent the interests of TD Auto Finance, LLC ("TDAF") in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TDAF, as follows:

    Bertis A. Echols, III, Esq.
    EVANS PETREE PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN  38120

/s/ Bertis A. Echols, III

Bertis A. Echols, III (0063387)
EVANS PETREE PC
Attorneys for TDAF
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 525-6781 telephone
(901) 248-6854 fax
bechols@evanspetree.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Notice of Appearance and Request for Notice was furnished by electronic or First Class U.S. Mail postage prepaid to Debtor, James Okoh, 9203 Pine Island Court, Tampa, FL 33647; Attorney for Debtor, Kristina E Feher, 4437 Central Avenue, St. Petersburg, FL 33713; United States Trustee - TPA7, Timberlake Annex Suite 1200, 501 E. Polk Street, Tampa, FL 33062, on this 22nd day of October, 2019.

/s/Bertis A. Echols, III
Bertis A. Echols, III, Esquire
Florida Bar Number 0063387