**[811oedpd]** [ORDER ESTABLISHING DEADLINE FOR FILING PLAN AND DISCLOSURE STATEMENT]

ORDERED.

**Dated: December 26, 2019**

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                         Case No.
                                                               8:19–bk–09692–CPM
                                                               Chapter 11
James Okoh

_____Debtor*_____/

### ORDER ESTABLISHING DEADLINE
### FOR FILING PLAN AND DISCLOSURE STATEMENT

THIS CASE came on for status conference ("**Status Conference**") pursuant to Bankruptcy Code § 105(d) on Enter Date Status Conf held . At the Status Conference, the Court reviewed the nature and size of the Debtor's business, the overall status of the case and considered the respective positions of the parties represented at the Status Conference. Based on that review, the Court has determined that it is appropriate in this case to implement the procedures described in this order governing the filing of a plan of reorganization ("**Plan**") and disclosure statement ("**Disclosure Statement**") to ensure that this case is handled expeditiously and economically. Accordingly, it is

**ORDERED:**

1. Plan and Disclosure Statement Filing Deadline. The Debtor shall file a Plan and Disclosure Statement on or before January 28, 2020 at 12:00pm (the "**Filing Deadline**").

2. Contents of Disclosure Statement. The Disclosure Statement shall, at the minimum, contain adequate information pertaining to the Debtor in the following areas:

   (a) Pre– and post–petition financial performance;

   (b) Reasons for filing Chapter 11;

   (c) Steps taken by the Debtor since filing of the petition to facilitate its reorganization;

   (d) Projections reflecting how the Plan will be feasibly consummated;

   (e) A liquidation analysis; and

   (f) A discussion of the Federal tax consequences as described in section 1125(a)(1) of the Bankruptcy Code.

    3. Consolidated Hearing on Disclosure Statement and Plan. Pursuant to section 105(d)(2)(B)(vi) of the Bankruptcy Code, the hearing on the approval of the Disclosure Statement shall be consolidated with the hearing on the confirmation of the Plan ("**Consolidated Hearing**") and shall be scheduled as set forth herein.

    4. Procedures Governing Plan and Disclosure Statement.

    (a) If the Disclosure Statement is timely filed, the Court shall review its adequacy. If the Disclosure Statement is found to be adequate, the Court shall enter an order of conditional approval, establishing pertinent deadlines and scheduling the Consolidated Hearing.

    (b) If the Court determines that the Disclosure Statement does not contain adequate information, the Court shall schedule an expedited hearing to address the additional information that is required for the Court to enter an order conditionally approving the Disclosure Statement and scheduling a Consolidated Hearing.

    (c) If the Debtor fails to file a Plan and Disclosure Statement by the Filing Deadline, the Court shall issue an Order to Show Cause why the case should not be dismissed or converted to a Chapter 7 case pursuant to section 1112(b)(1) of the Bankruptcy Code.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.