# UNITED STATES BANKRUPTCY COURT
### _Middle_ **DISTRICT OF** _Florida_
### _Tampa_ **DIVISION**

| | | |
|---|---|---|
| IN RE: | } | **CASE NUMBER:** 8:19-bk-09692-CPM |
| | } | |
| JAMES OKOH, | } | |
| | } | **JUDGE - Catherine P. McEwen** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** _October 1, 2020_ **TO** _October 31, 2020_

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _November 24, 2020_

/s/ Kristina Feher

Attorney for Debtor

Debtor's Address
and Phone Number:
Dr. James Okoh
9203 Pine Island Court
Tampa, FL 33647

Tel. 813-777-1609

Attorney's Address
and Phone Number:
Kristina Feher
1275 66th Street N. #40042
St. Petersburg, FL 33743
Bar No. 52082
Tel. 727-359-0367

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | James Okoh |
| **Case Number:** | 8:19-bk-09692-CPM |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this repc.

| | Month<br>Oct  2020 | Cumulative<br>Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $5,117.76 | |
| **CASH- Beginning of Month (Business)** | $37,549.48 | |
| | | |
| **Total Household Receipts** | $27,001.04 | |
| **Total Business Receipts** | $34,920.00 | |
| **Total Receipts** | $61,921.04 | |
| | | |
| **Total Household Disbursements** | $24,150.69 | |
| **Total Business Disbursements** | $34,482.79 | |
| **Total Disbursements** | $58,633.48 | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | $3,287.56 | |
| | | |
| **CASH- End of Month (Individual)** | $6,079.58 | |
| **CASH- End of Month (Business)** | $27,593.51 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $58,633.48 | |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | 27,000.00 | |
| | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $31,633.48 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 24th day of November 20 20 .

/s/ James Okoh
_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Oct   2020 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $5,117.76 | |
| | Acct 2122 | Acct 2157 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $27,000.00 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| XXXXXXXXXXXXXXXXXXX | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report)  transfer between accounts | | $5,980.00 |
| Refunds/credits | $1.04 | |
| **TOTAL RECEIPTS** | $27,001.04 | $5,980.00 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $4,768.05 | $5,606.43 |
| Household Repairs & Maintenance | $767.93 | |
| Insurance | | |
| IRA Contribution     Contribution to minor child's 529 Plan | $500.00 | |
| Lease/Rent Payments     Storage Unit | 134.28 | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | $2,912.36 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $57.80 | $3.00 |
| Tuition/Education | $2,458.36 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,155.72 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | $5,098.65 | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule)    Son's tennis lessons/recreation | $302.23 | |
| Bank fees | $1.35 | |
| | | |
| Transfers to 2157 for additional payments of expenses | $5,980.00 | |
| **Total Household Disbursements** | $24,136.73 | $5,609.43 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $6,079.58 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Oct 2020 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $37,549.48 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | $34,920.00 | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| Card Credit Payments | | |
| **Total Business Receipts** | $34,920.00 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | $27,000.00 | |
| Taxes - Payroll | | |
| ~~Taxes - Sales~~ Neurological Injury Compensation Association (NICA) fee | $1,075.63 | |
| Taxes Other (attach schedule)  IRS payment | $3,834.56 | |
| Contract Labor (Subcontractors) | | |
| ~~Rent/Lease - Mortgage~~ Trustee - Quarterly Payment | $648.86 | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance    (Generator Maintenance) | | |
| Supplies      Software | $84.99 | |
| Charitable Contributions/Gifts | | |
| ~~Purchase of Fixed Assets~~  Sunbiz Filing | $758.75 | |
| ~~Advertising~~  Professional fees - accountant | 350.00 | |
| Bank Charges | $5.00 | |
| ~~Administrative Expense~~  Fingerprinting | $80.00 | |
| NYU Department of Surgery - Continuing Education | $650.00 | |
| **Total Business Disbursements** | $34,487.79 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $27,593.51 | |

**MONTHLY OPERATING REPORT -**
**INDIVDUAL**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | X | |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY      and      CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account |
|---|---|---|---|---|
| Name of Bank: | Regions | Regions | Regions | |
| Account Number: | 8241 | 2122 | 2157 | |
| Purpose of Account (Business/Personal) | Business | Personal | Personal | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | $37,549.48 | $5,117.76 | $978.22 | |
| 2. **ADD:** Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $27,593.51 | $6,079.58 | ($25.00) | |
| TOTAL OF ALL ACCOUNTS | | | | $ 33,648.09 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | Regions |
| **Account Number** | 2122 |
| **Purpose of Account (Personal)** | Personal |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 2079611 | 10/30/2020 | Chase Auto Finance | Car Payment | $1,887.18 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 1,887.18 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | Regions |
| **Account Number** | 2157 |
| **Purpose of Account (Personal)** | Personal |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 10/16 | 2011 | | Son's school pictures | 64.00 |
| 10/27 | | | Account closure for Acct 2157 | 1,309.79 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 1,373.79 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Regions |
|---|---|
| Account Number | 8241 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 2028 | 10/6/2020 | Watson Clinic | COBRA Insurance Payment | $2,524.29 |
| 2029 | 10/9/2020 | Feher Law, PLLC | Legal Fees - Second Fee Application | $5,339.00 |
| 2030 | 10/30/2020 | Watson Clinic | COBRA Insurance Payment | $2,524.29 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $10,387.58 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | NOT APPLICABLE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

Not applicable.

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| **Total Accounts Receivable**** | | |

Not applicable.

**\*  Attach explanation of  any adjustment or writeoff.**

**\*\* The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

Not applicable.

\*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

Not applicable.

\*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Not applicable.

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| Chase Bank | 1,887.18 | | 1,887.18 | | |
| TD Auto Finance | 1,527.26 | | 1,527.26 | | |
| Wells Fargo Home Mortgage | 2,912.36 | | 2,912.36 | | |
| | | | | | |
| | | | | | |

# Regions

Wiregrass Ranch Office
1333 Bruce B Downs Blvd
Wesley Chapel, FL 33543

JAMES OKOH
DEBTOR IN POSESSION
9203 PINE ISLAND CT
TAMPA FL 33647-2301

1

**ACCOUNT #**  0282252122

|  |  |
|---|---|
|  | 092 |
| Cycle | 27 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
October 1, 2020 through October 30, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$5,117.76** | Minimum Balance | $4,224 |
| Deposits & Credits | $27,001.04 + | Average Balance | $15,428 |
| Withdrawals | $24,150.69 – | | |
| Fees | $1.35 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,887.18 – | | |
| **Ending Balance** | **$6,079.58** | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 10/02 | Cashback | Rewards Cashback Rewar | 0.29 |
| 10/02 | Cashback | Rewards Cashback Rewar | 0.31 |
| 10/02 | Cashback | Rewards Cashback Rewar | 0.44 |
| 10/02 | EB From Checking # 0272038241 Ref# 000000 0000058 | | 27,000.00 |
| | | Total Deposits & Credits | $27,001.04 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/01 | Card Purchase Amzn Mktp Us*m4  5942 Amzn.Com/Bill WA 98109    5542 | 19.96 |
| 10/01 | Card Purchase Fitlife Foods   5499 Httpsdelivery FL 33607   5874 | 103.02 |
| 10/01 | Card Purchase Precision Garag  1799 Clearwater   FL 33762   5874 | 767.93 |
| 10/01 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620   5874 | 1.98 |
| 10/02 | Recurring Card Transaction Gle Services   5945 877-877-0271        5874 | 14.99 |
| 10/02 | Card Purchase Burger 21 - New  5812 Tampa       FL 33647   5874 | 46.86 |
| 10/02 | Card Purchase Magic Bubbles -  7299 Wesley Chapel FL 33545   5542 | 79.00 |
| 10/02 | Recurring Card Transaction Abc*adventhealt  7997 888-8279262   FL 33544    5542 | 45.50 |
| 10/02 | Card Purchase USPS.Com Clickn  9402 800-344-7779  DC 20260   5874 | 7.75 |
| 10/02 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620   5874 | 1.16 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Randy Fleck, NMLS 368557, at (813)462-5985
or online at www.regionsmortgage.com/randyfleck.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Wiregrass Ranch Office
1333 Bruce B Downs Blvd
Wesley Chapel, FL 33543

1

JAMES OKOH
DEBTOR IN POSESSION
9203 PINE ISLAND CT
TAMPA FL 33647-2301

**ACCOUNT #**       **0282252122**

|  |  |
|---|---|
|  | 092 |
| Cycle | 27 |
| Enclosures | 0 |
| Page | 2 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 10/02 | Lutz Educational 8609529441 Deanna Okoh | 250.00 |
| 10/02 | Wells Fargo Mtg  Online Pmt Okoh,James    Ckf369400208pos | 2,912.36 |
| 10/05 | Card Purchase Panera Bread #2  5812 813-979-6981  FL 33647    5874 | 7.68 |
| 10/05 | Card Purchase Lawn Enforcemen  0780 Www.Lawnenfor FL 34639    5874 | 165.00 |
| 10/05 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.16 |
| 10/05 | Card Purchase Ciccio Cali - T  5812 Tampa       FL 33647    5874 | 79.81 |
| 10/05 | PIN Purchase Small Cakes NE  5499 Tampa        FL       5874 | 12.21 |
| 10/05 | Card Purchase Gle* Titan     5967 (855)800-141        5874 | 29.87 |
| 10/05 | Card Purchase Venmo*      4829 VISA Direct  Ny 10014    5874 | 3,000.00 |
| 10/05 | Teco        Online Pmt Okoh,James    Ckf369400208pos | 58.47 |
| 10/05 | Teco Tampa Elec  Online Pmt Okoh,James    Ckf369400208pos | 580.41 |
| 10/05 | Carrollwood Day  Facts James Okoh    000000111798548 | 2,208.36 |
| 10/06 | Card Purchase Tennis Express  5941 713-4354818  TX 77042    5874 | 167.95 |
| 10/06 | Card Purchase Tennis Express  5941 713-4354818  TX 77042    5874 | 139.95 |
| 10/06 | Card Purchase Panera Bread #6  5814 352-596-6533 FL 34613    5874 | 7.65 |
| 10/06 | Raymond James &  Brokerage Okoh, James | 500.00 |
| 10/07 | Card Purchase Metro Self Stor  4225 813-9941688  FL 33647    5542 | 134.28 |
| 10/07 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.98 |
| 10/07 | Target Debit Crd ACH Tran D Okoh    000600355271382 | 24.38 |
| 10/08 | Card Purchase Starbucks Store  5814 Brooksville  FL 34613    5874 | 7.03 |
| 10/08 | Recurring Card Transaction Fitlife Foods    5499 Httpsdelivery FL 33607    5874 | 103.02 |
| 10/08 | Card Purchase Panera Bread #6  5814 352-596-6533 FL 34613    5874 | 7.65 |
| 10/09 | Card Purchase Via Italia Wood  5812 Tampa       FL 33647    5874 | 107.77 |
| 10/09 | Regions       Online Pmt Okoh,James    Ckf369400208pos | 200.00 |
| 10/09 | Td Auto Finance  Online Pmt Okoh,James    Ckf369400208pos | 1,527.26 |
| 10/13 | Card Purchase Bkleen Carwash  7542 Brooksville  FL 34613    5874 | 15.00 |
| 10/13 | Card Purchase Starbucks 800-7  5814 800-782-7282  WA 98134    5874 | 25.00 |
| 10/13 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.98 |
| 10/13 | Card Purchase Carrabbas 6004    5812 Temple Terrac FL 33617    5874 | 135.01 |
| 10/13 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.16 |
| 10/13 | Card Purchase Chipotle 2465    5814 Tampa       FL 33647    5874 | 42.27 |
| 10/13 | Card Purchase Quality Plus Dr  7216 Tampa       FL 33626    5874 | 22.31 |
| 10/13 | Card Purchase Saffron Indian  5812 Tampa       FL 33647    5874 | 37.59 |
| 10/13 | PIN Purchase New Tampa Liqu  5921 Tampa        FL       5874 | 68.33 |
| 10/13 | Recurring Card Transaction Netflix.Com    4899 Netflix.Com  CA 95032    5874 | 17.43 |
| 10/13 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.98 |
| 10/14 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.16 |
| 10/14 | Vivint        Vivint James Okoh | 121.33 |
| 10/14 | Frontier Online  E-Bill James Okoh    217203524 | 408.05 |
| 10/15 | Card Purchase Fitlife Foods    5499 Httpsdelivery FL 33607    5874 | 103.02 |
| 10/15 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.16 |
| 10/15 | Card Purchase Levelupburger21  5812 855-466-5585  MA 02114    5874 | 29.69 |
| 10/15 | Bay Area Pool  Online Pmt Okoh,James    Ckf369400208pos | 103.50 |
| 10/16 | Card Purchase Starbucks 800-7  5814 800-782-7282  WA 98134    5874 | 25.00 |
| 10/16 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.16 |
| 10/16 | Target Debit Crd ACH Tran D Okoh    000600355271382 | 37.10 |
| 10/19 | Card Purchase Starbucks Store  5814 Tampa       FL 33647    5874 | 8.90 |
| 10/19 | Recurring Card Transaction Apple.Com/Bill    5735 866-712-7753  CA 95014    5874 | 2.99 |
| 10/19 | Card Purchase Amzn Mktp Us*2t  5942 Amzn.Com/Bill WA 98109    5542 | 51.14 |
| 10/19 | Card Purchase Prime Video*2t0  5818 888-802-3080  WA 98109    5874 | 5.69 |
| 10/19 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.98 |
| 10/19 | Card Purchase Quality Plus Dr  7216 Tampa       FL 33626    5874 | 10.37 |
| 10/19 | Card Purchase Venmo*      4829 VISA Direct  Ny 10014    5874 | 1,417.50 |
| 10/19 | Ameris Bank    Conven Fee James Okoh    08414587163-000 | 15.95 |

**REGIONS**

Regions Bank
Wiregrass Ranch Office
1333 Bruce B Downs Blvd
Wesley Chapel, FL 33543

1

JAMES OKOH
DEBTOR IN POSESSION
9203 PINE ISLAND CT
TAMPA FL 33647-2301

**ACCOUNT #**    **0282252122**

| | |
|---|---|
| | 092 |
| Cycle | 27 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 10/19 | Ameris Bank    Loan Pmt James Okoh    08414587163-000 | 3,571.39 |
| 10/20 | Card Purchase Liang S Bistro  5812 Tampa      FL 33647  5874 | 45.15 |
| 10/20 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.98 |
| 10/21 | Card Purchase Burger 21 - New  5812 Tampa      FL 33647  5874 | 52.34 |
| 10/21 | Card Purchase Venmo*      4829 VISA Direct  Ny 10014  5874 | 3,000.00 |
| 10/21 | Card Purchase Sq *Jennifer VA  7230 Wesley Chapel FL 33544    5874 | 55.00 |
| 10/21 | Verizon Wireless Payments 00000000620016 | 118.96 |
| 10/21 | PIN Purchase 7-Eleven      5541 Tampa      FL      5874 | 6.60 |
| 10/22 | Card Purchase Fitlife Foods    5499 Httpsdelivery FL 33607    5874 | 103.02 |
| 10/22 | Card Purchase Panera Bread #6  5814 352-596-6533  FL 34613    5874 | 8.30 |
| 10/23 | Recurring Card Transaction Apple.Com/Bill  5735 866-712-7753  CA 95014    5874 | 12.99 |
| 10/23 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.98 |
| 10/23 | Card Purchase Amazon Music*2t  5818 888-802-3080  WA 98109    5874 | 9.11 |
| 10/23 | Card Purchase Ciccio Cali - T  5812 Tampa      FL 33647  5874 | 64.25 |
| 10/23 | PIN Purchase Shell Service    5541 Tampa      FL      5874 | 10.83 |
| 10/23 | PIN Purchase ABC Fine Wine/    5921 Wesley Chapelfl      5874 | 201.75 |
| 10/26 | Card Purchase Amzn Mktp Us*2t  5942 Amzn.Com/Bill WA 98109    5542 | 16.99 |
| 10/26 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 1.98 |
| 10/26 | Card Purchase Quality Plus Dr  7216 Tampa      FL 33626  5874 | 11.95 |
| 10/26 | Card Purchase Exxonmobil  9  5541 Oldsmar      FL 34677  5874 | 3.98 |
| 10/26 | Target Debit Crd ACH Tran D Okoh      000600355271382 | 50.59 |
| 10/26 | City of Tampa UT Online Pmt Okoh,James    Ckf369400208pos | 254.13 |
| 10/27 | Card Purchase Liang S Bistro  5812 Tampa      FL 33647  5874 | 45.15 |
| 10/27 | Card Purchase Microsoft*store  4816 Msbill.Info  WA 98052  5874 | 50.00 |
| 10/28 | Verizon Wireless Payments 00000000723899 | 143.75 |
| 10/29 | Card Purchase Starbucks 800-7  5814 800-782-7282  WA 98134    5874 | 35.00 |
| 10/29 | Card Purchase Fitlife Foods    5499 Httpsdelivery FL 33607    5874 | 103.02 |
| 10/29 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5874 | 2.79 |
| 10/30 | Card Purchase Bkleen Carwash  7542 Brooksville  FL 34613  5874 | 15.00 |
| 10/30 | Card Purchase Carrabbas 6004  5812 Temple Terrac FL 33617    5874 | 104.77 |
| 10/30 | PIN Purchase Cvs/Pharmacy #  5912 Brooksville  FL      5874 | 11.79 |
| | Total Withdrawals | $24,150.69 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 10/02 | International Service Assessment Gle Services | 0.45 |
| 10/05 | International Service Assessment Gle* Titan | 0.90 |
| | Total Fees | $1.35 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 144.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 10/30 | 2079611 | 1,887.18 |

**REGIONS** Regions Bank
Wiregrass Ranch Office
1333 Bruce B Downs Blvd
Wesley Chapel, FL 33543

1

JAMES OKOH
DEBTOR IN POSESSION
9203 PINE ISLAND CT
TAMPA FL 33647-2301

**ACCOUNT #**    `0282252122`

| | |
|---|---|
| | 092 |
| Cycle | 27 |
| Enclosures | 0 |
| Page | 4 of 5 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 4,224.87 | 10/13 | 18,426.99 | 10/22 | 9,118.56 |
| 10/02 | 27,867.84 | 10/14 | 17,896.45 | 10/23 | 8,817.65 |
| 10/05 | 21,723.97 | 10/15 | 17,659.08 | 10/26 | 8,478.03 |
| 10/06 | 20,908.42 | 10/16 | 17,595.82 | 10/27 | 8,382.88 |
| 10/07 | 20,747.78 | 10/19 | 12,509.91 | 10/28 | 8,239.13 |
| 10/08 | 20,630.08 | 10/20 | 12,462.78 | 10/29 | 8,098.32 |
| 10/09 | 18,795.05 | 10/21 | 9,229.88 | 10/30 | 6,079.58 |

**BEGINNING 11-5-20, WHEN CHECKS YOU WRITE
ARE PRESENTED FOR PAYMENT, WE WILL
REDUCE YOUR AVAILABLE BALANCE AT THE
TIME THEY ARE CASHED OR DEPOSITED
INSTEAD OF DURING THAT NIGHT'S
PROCESSING. THIS CHANGE WILL GIVE YOU A
MORE ACCURATE PICTURE OF YOUR AVAILABLE
BALANCE SO YOU CAN MAKE FULLY INFORMED
FINANCIAL DECISIONS. FOR DETAILS, PLEASE
VISIT REGIONS.COM/CHECKINGUPDATE.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**Regions**

Regions Bank
Wiregrass Ranch Office
1333 Bruce B Downs Blvd
Wesley Chapel, FL 33543

DEANNA OKOH
9203 PINE ISLAND CT
TAMPA FL 33647-2301

1

| | |
|---|---|
| **ACCOUNT #** | **0282252157** |
| | 092 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN EACCESS ACCOUNT
September 29, 2020 through October 28, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$978.22** | Minimum Balance | $25 – |
| Deposits & Credits | $5,980.00 + | Average Balance | $1,045 |
| Withdrawals | $5,609.43 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,373.79 – | | |
| **Ending Balance** | **$25.00 –** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/05 | Rtp Credit From Venmo Ref # 00010013217 | 2,990.00 |
| 10/20 | Rtp Credit From Venmo Ref # 00540015964 | 2,990.00 |
| | Total Deposits & Credits | $5,980.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/29 | Card Purchase Fitlife Foods 1  5812 Wesley Chapel FL 33544    5619 | 94.64 |
| 09/30 | Card Purchase Amzn Mktp Us*m4  5942 Amzn.Com/Bill WA 98109    5619 | 79.65 |
| 09/30 | Card Purchase Amzn Mktp Us*m4  5942 Amzn.Com/Bill WA 98109    5619 | 20.99 |
| 09/30 | PIN Purchase Publix Super M  5411 Tampa       FL       5619 | 258.08 |
| 10/01 | PIN Purchase Petsmart # 174  5995 Tampa       FL       5619 | 104.23 |
| 10/02 | Recurring Card Transaction Act*usta Tourn   8398 877-243-8107  TX 75201    5619 | 48.88 |
| 10/02 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5619 | 1.98 |
| 10/02 | Card Purchase Usf Parking Par  7523 Parkmobilecom FL 33620    5619 | 1.02 |
| 10/02 | PIN Purchase Racetrac2447  5541 Tampa       FL       5619 | 2.70 |
| 10/02 | PIN Purchase Publix Super M  5411 Tampa       FL       5619 | 105.44 |
| 10/05 | Card Purchase Clr*yogasix 410  7997 410-9253913  FL 33647    5619 | 53.17 |
| 10/05 | Card Purchase Marshalls*464  5651 Wesley Chapel FL 33544    5619 | 47.04 |
| 10/05 | PIN Purchase Munchies Natur  5995 Wesley Chapelfl       5619 | 23.04 |
| 10/05 | PIN Purchase Publix Super M  5411 Tampa       FL       5619 | 73.96 |
| 10/05 | Venmo          Payment Deanna Okoh    4530620181 | 65.00 |
| 10/05 | PIN Purchase Racetrac 622  5541 Lutz       FL       5619 | 5.21 |
| 10/06 | Card Purchase Fitlife Foods 1  5812 Wesley Chapel FL 33544    5619 | 103.15 |
| 10/06 | Card Purchase Tst* Noble Crus  5812 813-703-2602  FL 33543    5619 | 74.47 |
| 10/06 | PIN Purchase The Home Depot  5200 Tampa       FL       5619 | 36.37 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Wiregrass Ranch Office
1333 Bruce B Downs Blvd
Wesley Chapel, FL 33543

1

DEANNA OKOH
9203 PINE ISLAND CT
TAMPA FL 33647-2301

**ACCOUNT #**    `0282252157`

| | |
|---|---|
| | 092 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 10/06 | PIN Purchase Sprouts Farmer  5411 Tampa        FL        5619 | 81.17 |
| 10/07 | Card Purchase Amzn Mktp Us*mk  5942 Amzn.Com/Bill WA 98109      5619 | 57.81 |
| 10/07 | Card Purchase Pure Nail Bar S  7230 Tampa        FL 33647   5619 | 42.00 |
| 10/07 | Card Purchase Nespresso USA   5499 888-637-7737  Ny 10017    5619 | 26.97 |
| 10/07 | Card Purchase Amzn Mktp Us*mk  5942 Amzn.Com/Bill WA 98109      5619 | 18.08 |
| 10/08 | Card Purchase Amazon.Com*mk38  5942 Amzn.Com/Bill WA 98109      5619 | 17.36 |
| 10/08 | Card Purchase Sq *Max S Pet M  5999 Wesley Chapel FL 33545    5619 | 264.00 |
| 10/08 | ATM Withdrawal Regions       Wiregrass Ran Wesley Chapelfl 1250     5619 | 800.00 |
| 10/08 | PIN Purchase Publix Super M  5411 Tampa        FL        5619 | 78.64 |
| 10/09 | Card Purchase 899 Tj Maxx Onl  5651 800-926-6299  MA 01701    5619 | 69.41 |
| 10/09 | Card Purchase Amzn Mktp Us*mk  5942 Amzn.Com/Bill WA 98109      5619 | 24.95 |
| 10/09 | PIN Purchase Racetrac2447    5541 Tampa        FL        5619 | 5.40 |
| 10/09 | PIN Purchase The Home Depot  5200 Tampa        FL        5619 | 54.19 |
| 10/13 | Card Purchase Events.Org  *Ca  8398 847-5136460  IL 60661    5619 | 10.00 |
| 10/13 | Card Purchase Tampa Mobile Ve  0742 Tampa        FL 33617   5619 | 137.00 |
| 10/13 | Card Purchase Old Navy On-Lin  5651 800-6536289  OH 43125    5619 | 46.64 |
| 10/13 | Card Purchase Amzn Mktp Us*mk  5942 Amzn.Com/Bill WA 98109      5619 | 41.99 |
| 10/13 | PIN Purchase Munchies Natur  5995 Wesley Chapelfl        5619 | 159.14 |
| 10/13 | Card Purchase Homegoods # 057  5310 Tampa        FL 33647   5619 | 32.52 |
| 10/13 | Card Purchase Fitlife Foods 1  5812 Wesley Chapel FL 33544    5619 | 99.40 |
| 10/13 | PIN Purchase Publix Super M  5411 Tampa        FL        5619 | 191.09 |
| 10/13 | PIN Purchase Sprouts Farmer  5411 Tampa        FL        5619 | 28.75 |
| 10/13 | Venmo         Payment Deanna Okoh  4578498767 | 65.00 |
| 10/13 | PIN Purchase Publix Super M  5411 Tampa        FL        5619 | 103.53 |
| 10/14 | Card Purchase Clr*yogasix 410  7997 410-9253913  FL 33647    5619 | 107.10 |
| 10/14 | Card Purchase Mp Tennis Inc  5999 Tampa        FL 33618    5619 | 30.33 |
| 10/16 | Recurring Card Transaction Act*usta Tourn   8398 877-243-8107  TX 75201      5619 | 48.88 |
| 10/19 | Recurring Card Transaction Chewy.Com      5995 800-672-4399  FL 33004      5619 | 32.26 |
| 10/19 | Card Purchase Marcos Pizza #8  5812 813-907-6400  FL 33647   5619 | 21.64 |
| 10/20 | PIN Purchase Publix Super M  5411 Tampa        FL        5619 | 79.05 |
| 10/21 | Card Purchase Pure Nail Bar S  7230 Tampa        FL 33647   5619 | 108.00 |
| 10/21 | PIN Purchase Sprouts Farmer  5411 Tampa        FL        5619 | 115.44 |
| 10/22 | Card Purchase Spirit Hallowee  5947 609-798-0949  CO 80234    5619 | 5.00 |
| 10/22 | Card Purchase Athleta Online  5651 877-3284538  OH 43125    5619 | 107.39 |
| 10/23 | Card Purchase Amzn Mktp Us*2t  5942 Amzn.Com/Bill WA 98109      5619 | 43.42 |
| 10/23 | Card Purchase Athleta Online  5651 877-3284538  OH 43125    5619 | 39.05 |
| 10/23 | Card Purchase Monat Global CO  5999 844-6966628  FL 33122    5619 | 130.32 |
| 10/23 | Recurring Card Transaction Act*usta Tourn   8398 877-243-8107  TX 75201      5619 | 48.88 |
| 10/23 | Card Purchase Vesh Cafe Svb  5812 Zephyrhills  FL 33541    5619 | 25.32 |
| 10/23 | PIN Purchase Publix Super M  5411 Tampa        FL        5619 | 185.59 |
| 10/23 | PIN Purchase Racetrac2447    5541 Tampa        FL        5619 | 2.70 |
| 10/23 | ATM Withdrawal Regions       Wiregrass Ran Wesley Chapelfl 1250     5619 | 800.00 |
| 10/26 | Card Purchase Paypal *Starbuc  5814 402-935-7733  WA 98134    5619 | 25.00 |

Total Withdrawals    $5,609.43

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 72.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

**REGIONS**

Regions Bank
Wiregrass Ranch Office
1333 Bruce B Downs Blvd
Wesley Chapel, FL 33543

1

DEANNA OKOH
9203 PINE ISLAND CT
TAMPA FL 33647-2301

**ACCOUNT #**    0282252157

| | | |
|---|---|---|
| | | 092 |
| Cycle | | 17 |
| Enclosures | | 0 |
| Page | | 3 of 4 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 10/27 | | 1,309.79 | 10/16 | 2011 | 64.00 |
| | | | | Total Checks | $1,373.79 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/29 | 883.58 | 10/08 | 1,383.17 | 10/20 | 2,920.90 |
| 09/30 | 524.86 | 10/09 | 1,229.22 | 10/21 | 2,697.46 |
| 10/01 | 420.63 | 10/13 | 314.16 | 10/22 | 2,585.07 |
| 10/02 | 260.61 | 10/14 | 176.73 | 10/23 | 1,309.79 |
| 10/05 | 2,983.19 | 10/16 | 63.85 | 10/26 | 1,284.79 |
| 10/06 | 2,688.03 | 10/19 | 9.95 | 10/27 | 25.00 - |
| 10/07 | 2,543.17 | | | | |

**BEGINNING 11-5-20, WHEN CHECKS YOU WRITE
ARE PRESENTED FOR PAYMENT, WE WILL
REDUCE YOUR AVAILABLE BALANCE AT THE
TIME THEY ARE CASHED OR DEPOSITED
INSTEAD OF DURING THAT NIGHT'S
PROCESSING. THIS CHANGE WILL GIVE YOU A
MORE ACCURATE PICTURE OF YOUR AVAILABLE
BALANCE SO YOU CAN MAKE FULLY INFORMED
FINANCIAL DECISIONS. FOR DETAILS, PLEASE
VISIT REGIONS.COM/CHECKINGUPDATE.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**Regions** | Regions Bank
Mariner Office
7165 Mariner Blvd
Spring Hill, FL 34609

RADDOCTOR PA
9203 PINE ISLAND CT
TAMPA FL 33647-2301

1

| ACCOUNT # | 0272038241 |
|---|---|

|  | 092 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
October 1, 2020 through October 30, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$37,549.48** | Minimum Balance | $18,699 |
| Deposits & Credits | $34,920.00 + | Average Balance | $24,114 |
| Withdrawals | $34,482.79 − | | |
| Fees | $5.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $10,388.18 − | | |
| **Ending Balance** | **$27,593.51** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/02 | ATM Imaged Deposit | 9,000.00 |
| 10/02 | ATM Imaged Deposit | 13,250.00 |
| 10/30 | Teleradiology Sp Payroll Raddoctor, PA, | 12,670.00 |
| | Total Deposits & Credits | $34,920.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/01 | Card Purchase Sq *Anytime Mob  7399 877-417-4551  FL 33647    7534 | 80.00 |
| 10/02 | EB to Checking # 0282252122 Ref# 000000 0000058 | 27,000.00 |
| 10/02 | Zacharias Lawren Sale James Okoh | 175.00 |
| 10/06 | Recurring Card Transaction Adobe Acropro S  5734 408-536-6000  CA 95110    7534 | 14.99 |
| 10/08 | Card Purchase Nyu Office of C  8062 212-263-5295  Ny 10016    7534 | 650.00 |
| 10/13 | Recurring Card Transaction Int*quickbooks  5734 800-446-8848  CA 94043    7534 | 70.00 |
| 10/15 | IRS        USATAXPYMT Raddoctor PA  227068966039046 | 3,834.56 |
| 10/22 | Quarterly Fee   Payment James Okoh    0000 | 648.86 |
| 10/28 | Card Purchase Florida Dept of  9399 850-245-6939  FL 32399    7534 | 758.75 |
| 10/30 | Card Purchase Florida Birth N  9399 850-488-8191  FL 32308    7534 | 1,075.63 |
| 10/30 | Zacharias Lawren Sale James Okoh | 175.00 |
| | Total Withdrawals | $34,482.79 |

### FEES

| | | |
|---|---|---|
| 10/09 | Analysis Charge        09-20 | 5.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

**Regions**

Regions Bank
Mariner Office
7165 Mariner Blvd
Spring Hill, FL 34609

1

RADDOCTOR PA
9203 PINE ISLAND CT
TAMPA FL 33647-2301

**ACCOUNT #**    `0272038241`

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 10/06 | 2028 | 2,524.29 | 10/30 | 2030 | 2,524.89 |
| 10/09 | 2029 | 5,339.00 | | | |
| | | | Total Checks | | $10,388.18 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 37,469.48 | 10/09 | 24,011.20 | 10/22 | 19,457.78 |
| 10/02 | 32,544.48 | 10/13 | 23,941.20 | 10/28 | 18,699.03 |
| 10/06 | 30,005.20 | 10/15 | 20,106.64 | 10/30 | 27,593.51 |
| 10/08 | 29,355.20 | | | | |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2021. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|  |  | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |