**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourt.gov

In re:

    JAMES OKOH,                              Case No.: 8:19-bk-09692-CPM
                                                                     Chapter 11

    Debtor.
                                                    /

**PROOF OF SERVICE OF**
**ORDER ON MOTION TO ADMINISTRATIVELY CLOSE**
**CHAPTER 11 CASE (D.E. 151)**

I HEREBY CERTIFY that a true and correct copy of the Order on Motion to Administratively Close Chapter 11 Case (D.E. 151) was furnished via CM/ECF or by regular U.S. mail to all creditors on the attached mailing matrix on this 30st day of December, 2020.

                                                               Respectfully submitted,

                                                              /s/ Kristina E. Feher
                                                              **FEHER LAW, P.L.L.C.**
                                                              Kristina E. Feher
                                                              Florida Bar No: 52082
                                                              4437 Central Avenue
                                                              St. Petersburg, FL 33713
                                                              Telephone: (727) 359-0367
                                                              Facsimile: (727) 359-0368
                                                              Email: KFeher@feherlaw.com
                                                              Counsel for Debtor